**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| TRUSTEES OF THE WILL COUNTY LOCAL 174 CARPENTERS PENSION TRUST FUND and WILL COUNTY LOCAL 174 WELFARE FUND )))))) | |
| Plaintiffs ) | |
| ) | Case No. 17-CV-1347 |
| V ) | Judge John J. Tharp, Jr. |
| ) | Magistrate Judge Mary M. Rowland |
| VORTEX COMMERCIAL FLOORING, INC. )) | |
| Defendant ) | |

## DEFENDANT'S CORPORATE DISCLOSURE AND NOTICE OF AFFILIATES

Defendant, VORTEX COMMERCIAL FLOORING, INC. ("Defendant"), by and through its attorneys, Seyfarth Shaw LLP, pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, submit the following:

1. Defendant VORTEX COMMERCIAL FLOORING, INC. is a privately held corporation with no parent company.

2. No publicly traded company owns 5% or more of Defendant.

**DATED: March 16, 2017**          Respectfully submitted,

VORTEX COMMERCIAL FLOORING INC.

By: /s/ Ronald J. Kramer
       One of Its Attorneys

Ronald J. Kramer
rkramer@seyfarth.com
SEYFARTH SHAW LLP
233 S. Wacker Drive, Suite 8000
Chicago, Illinois  60606
Telephone:    (312) 460-5000
Facsimile:    (312) 460-7000

38101959v.1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he filed the foregoing Corporate Disclosure and Notice of Affiliates, via the court's ECF system on this 16th day of March, 2017, and served a copy via ECF upon the following counsel of record:

>Donald D. Schwartz
>Andrew S. Pigott
>Paul M. Egan
>Arnold and Kadjan
>35 E. Wacker Drive, Suite 600
>Chicago, IL  60601

/s/ Ronald J. Kramer