**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| TRUSTEES OF THE WILL COUNTY LOCAL 174 CARPENTERS PENSION TRUST FUND and WILL COUNTY LOCAL 174 WELFARE FUND | ) ) ) ) ) | |
| Plaintiffs | ) ) | |
| V | ) ) ) | Case No. 17-CV-1347 Judge John J. Tharp, Jr. Magistrate Judge Mary M. Rowland |
| VORTEX COMMERCIAL FLOORING, INC. | ) ) | |
| Defendant | ) | |

**DEFENDANT'S UNCONTESTED MOTION FOR**
**EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD**

Defendant VORTEX COMMERCIAL FLOORING, INC., by and through its attorneys, hereby moves for an extension of time within which to answer or otherwise plead to Plaintiff's Complaint.  In support of its motion, Defendant states as follows:

1.      Defendant was served with the Complaint on February 23, 2017.

2.      On March 16, 2017, the Court granted Defendant's uncontested motion for a 30 day extension of time, until April 14, 2017,  to answer or otherwise plead, as the parties were pursuing settlement discussions.

3.      The parties are still in discussion over a possible settlement, and as such Defendant seeks an additional 29 days, until May 13, 2017, to answer or otherwise plead to permit the settlement negotiations to conclude.

4.      On April 14, 2017, counsel for Defendant spoke with Plaintiff's counsel Andrew S. Pigott, who is not opposed to the extension.

38102430v.2

2

5.      If granted, Defendant would also request that the initial status report and initial status conference be rescheduled accordingly.  Counsel for Plaintiff has no objection to that request either.

WHEREFORE, Defendant Vortex Commercial Flooring, Inc respectfully requests that this Court grant an extension of time to and including May 13, 2017, to permit Defendant to answer or otherwise plead to Plaintiff's Complaint, and reschedule the initial status report and initial status conference accordingly.

Respectfully submitted,

VORTEX COMMERCIAL FLOORING, INC


By  /s/ Ronald J. Kramer
            One of Its Attorneys

Ronald J. Kramer
SEYFARTH SHAW LLP
233 S. Wacker Dr.
Suite 8000
Chicago, Il 60606
Tel: 312.460.5000

2

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that a true and correct copy of the foregoing

Defendant's Uncontested Motion for Extension of Time to Answer or Otherwise Plead to be

served via the court's ECF system on this 14th day of April, 2017, and served a copy via ECF

upon the following counsel of record:

> Donald D. Schwartz
> Andrew S. Pigott
> Paul M. Egan
> Arnold and Kadjan
> 35 E. Wacker Drive, Suite 600
> Chicago, IL  60601

> /s/ Ronald J. Kramer

38102430v.2