# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Trustees of the Will County Local 174 Carpenters Pension Trust Fund, et al.

Plaintiff,

v.

Case No.: 1:17−cv−01347

Honorable John J. Tharp Jr.

Vortex Commercial Flooring, Inc.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 18, 2017:

MINUTE entry before the Honorable John J. Tharp, Jr:Defendant's unopposed motion for an extension of time to answer or otherwise plead [13] is granted. No appearance on the motion is required. Defendant's answer is now due 5/15/17. The initial status conference set for 4/25/17 is reset to 5/24/17 at 9 a.m. with the initial status report due on 5/17/17. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.