## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE WILL COUNTY LOCAL 174 CARPENTERS PENSION TRUST FUND and WILL COUNTY LOCAL 174 WELFARE FUND, <br><br> Plaintiffs, <br><br> v. <br><br> VORTEX COMMERCIAL FLOORING, INC., <br><br> Defendant. | ) ) ) ) ) ) No. 17 CV 1347 ) ) ) Judge Tharp, Jr. ) ) ) Magistrate Judge Rowland ) ) ) |

### NOTICE OF VOLUNTARY DISMISSAL

NOW COME the Plaintiffs, by and through their attorneys, and, in their Notice of Voluntary Dismissal, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), state as follows:

1. Plaintiffs filed their Complaint on February 22, 2017, and served Defendant on February 23, 2017.

2. Defendant did not answer or otherwise plead to the Complaint.

3. As a result of there being no answer or responsive pleading to the Complaint's allegations, Plaintiffs may dismiss their action, without prejudice, by notice.

WHEREFORE, Plaintiffs dismiss the instant action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

                                                    Respectfully submitted,
                                                    **TRUSTEES OF THE WILL COUNTY LOCAL**
                                                    **174 CARPENTERS, et al.**

                                                    By:  s/Andrew S. Pigott
                                                             One of their Attorneys

**ARNOLD & KADJAN LLP**
35 E. Wacker Drive, Suite 600
Chicago, Illinois 60601
(312) 236-0415

**CERTIFICATE OF SERVICE**

I hereby certify that this Notice of Voluntary Dismissal was filed electronically on the 8th day of May 2017, and a copy of the foregoing will be sent to the following parties by operation of the Courts electronic filing system and by mail.

Vortex Commercial Flooring, Inc.
c/o Randall Rich, its registered agent
25 Official Road
Addison, Illinois 60101

s/Andrew S. Pigott

Donald D. Schwartz
Paul M. Egan
Andrew S. Pigott
**ARNOLD AND KADJAN, LLP**
35 E. Wacker Drive, Suite 600
Chicago, Illinois 60601
(312) 236-0415