# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
### Eastern Division

Trustees of the Will County Local 174 Carpenters
Pension Trust Fund, et al.

        Plaintiff,

v.

        Case No.:
        1:17−cv−01347

        Honorable John J.
        Tharp Jr.

Vortex Commercial Flooring, Inc.

        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 9, 2017:

    MINUTE entry before the Honorable John J. Tharp, Jr: Upon receipt of the plaintiff's notice of voluntary dismissal [16] pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), this case is dismissed without prejudice. All future hearings and deadlines are stricken; all pending motions are denied as moot. Civil case terminated. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.